UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| URMILA LAMA<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>JOGINDER KUMAR ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") KAUR, and HARSIMRAN SINGH<br><br>　　　　　*Defendants*. | 13-cv-02846-LDW-ARL<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

MOTION TO WITHDRAW AS COUNSEL

　　　　PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York, and upon the annexed declaration, A. Nicole Hallett, one of Plaintiffs' counsel in the above-captioned case, moves for leave to withdraw as counsel for Plaintiffs.  Plaintiffs will continue to be represented by Amy Tai of the Urban Justice Center and attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

　　　Dated: New York, New York
　　　　　　　June 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s A. Nicole Hallett

　　　　　　　　　　　　　　　　　　　　　　　　　　A. Nicole Hallett
　　　　　　　　　　　　　　　　　　　　　　　　　　Urban Justice Center
　　　　　　　　　　　　　　　　　　　　　　　　　　123 William Street, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (646) 602-5600
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 533-4598
　　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: nhallett@urbanjustice.org