AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Neeru Malik
was received by me on *(date)* 6/25/13 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joginder Malik (Husband) , who is
designated by law to accept service of process on behalf of *(name of organization)*
Neeru Malik on *(date)* 6/25/13 12:34 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/25/13

Andrew McHale
Server's signature

Andrew McHale
Printed name and title

14 Connelly Rd Huntington N.Y.
Server's address

Additional information regarding attempted service, etc: