### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| URMILA LAMA,<br><br>     *Plaintiff*,<br><br>- against -<br><br>JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,<br><br>     *Defendants*. | Case No. 13-cv-02846-LDW-ARL<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew G. Sokol of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Plaintiff Urmila Lama in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: September 3, 2013  WILMER CUTLER PICKERING
             HALE AND DORR LLP

             By:/s/ Andrew G. Sokol
              Andrew G. Sokol
              7 World Trade Center
              250 Greenwich Street
              New York, NY 10007
              Tel.: (212) 295-6563
              Fax: (212) 230-8888
              Email: andrew.sokol@wilmerhale.com

             *Counsel for Plaintiff Urmila Lama*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of September, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

        WILMER CUTLER PICKERING
          HALE AND DORR LLP

       By:/s/ Andrew G. Sokol
         Andrew G. Sokol
         7 World Trade Center
         250 Greenwich Street
         New York, NY 10007
         Tel.: (212) 295-6563
         Fax: (212) 230-8888
         Email: andrew.sokol@wilmerhale.com

        *Counsel for Plaintiff Urmila Lama*