# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

URMILA LAMA,

                    *Plaintiff*,

- against -

JOGINDER ("SHAMMI") MALIK,
NEERU MALIK, KAMALJIT ("MINU")
SINGH, and HARSIMRAN SINGH,

                    *Defendants*.

Case No. 13-cv-02846-LDW-ARL

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Larkin Reynolds of Wilmer Cutler Pickering Hale and

Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New

York, 10007, hereby appears on behalf of Plaintiff Urmila Lama in the above-captioned action.  I

hereby certify that I am admitted to practice in this District and am a member in good standing of

this Court.

Dated:   September 3, 2013          WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                    By:/s/ Larkin Reynolds                   
                                       Larkin Reynolds
                                       7 World Trade Center
                                       250 Greenwich Street
                                       New York, NY 10007
                                       Tel.: (212) 295-6512
                                       Fax: (212) 230-8888
                                       Email: larkin.reynolds@wilmerhale.com

                                    *Counsel for Plaintiff Urmila Lama*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on the 3rd day of September, 2013, a true and correct copy of

the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to all Counsel of Record.


WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Larkin Reynolds _____
  Larkin Reynolds
  7 World Trade Center
  250 Greenwich Street
  New York, NY 10007
  Tel.: (212) 295-6512
  Fax: (212) 230-8888
  Email: larkin.reynolds@wilmerhale.com

*Counsel for Plaintiff Urmila Lama*