**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| URMILA LAMA,<br><br>                *Plaintiff*,<br><br>- against -<br><br>JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,<br><br>                *Defendants*. | Case No. 13-cv-02846-LDW-ARL<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Chavi Keeney Nana of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Plaintiff Urmila Lama in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated:   September 3, 2013       WILMER CUTLER PICKERING
                                           HALE AND DORR LLP

                                           By:/s/ Chavi Keeney Nana
                                             Chavi Keeney Nana
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, NY 10007
                                             Tel.: (212) 295-6515
                                             Fax: (212) 230-8888
                                             Email: chavi.nana@wilmerhale.com

                                             *Counsel for Plaintiff Urmila Lama*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of September, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Chavi Keeney Nana
    Chavi Keeney Nana
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel.: (212) 295-6515
    Fax: (212) 230-8888
    Email: chavi.nana@wilmerhale.com

*Counsel for Plaintiff Urmila Lama*