UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 9/42013**
               United States Magistrate Judge
                                                                                     **TIME: 11:00 a.m.**

**DOCKET NO: CV 13-2846 (LDW)**

**CASE: Lama v. Malik**

 **X**   **INITIAL CONFERENCE**
      **STATUS CONFERENCE**                          **BY TELEPHONE**
      **SETTLEMENT CONFERENCE**
      **FINAL CONFERENCE  ORDER**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|---|
| | Amy Tai | Jonathan Meyers |
| | Lori Martin | Diane Krebs |
| | Chavi Keeney Nana | |
| | Larkin Lynn Reynolds | |

**The following rulings were made:**

      A scheduling order was issed.

                                       **SO ORDERED:**
                                           _____/s/_____