# CIVIL CAUSE FOR PRE MOTION CONFERENCE

**BEFORE:**  Honorable Leonard D. Wexler
**DATE:**  September 4, 2013
**TIME:**  10:35 to 10:50 (15 Mins.)

**DOCKET:**  13-CV-2846 (LDW)(ARL)
**TITLE:**  Lama v. Malik, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Amy Tai, Esq.**
  - **Lori A. Martin, Esq.**
  - **Chavi Keeney Nana, Esq.**
  - **Larkin Lynn Reynolds, Esq.**

- Defendant(s) represented by:
  - **Jonathan Meyers, Esq.**
  - **Diane Kerbs, Esq.**

- Courtroom Deputy:   Eric L. Russo

----------------------------------------------------------------

✓   In camera conference held.

✓   Counsel present for both sides.

✓   Parties agree to briefing schedule. See additional ORDER.

✓   Parties directed to meet with Magistrate Judge Arlene R. Lindsay for purposes of setting an appropriate discovery schedule.

✓   Proceedings concluded.