UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
URMILA LAMA,

                Plaintiff,

   vs.                                Case No.  CV 13-2846 (LDW)(ARL)

JOGINDER ("SHAMMI") MALIK, NEERU
MALIK, KAMALJIT ("MINU") SINGH, and     **NOTICE OF APPEARANCE**
HARSIMRAN SINGH,

                Defendants.
---------------------------------------------------------------- X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that the undersigned attorney, of the law offices of Gordon & Rees LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendants Kamaljit and Harsimran Singh in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served upon:

           Vincent M. Avery (VA 9102)
           vavery@gordonrees.com
           Attorney for Defendants
           Gordon & Rees, LLP
           90 Broad Street, 23rd Floor
           New York, New York 10004

Dated: October 30, 2013

                                        Respectfully submitted,

                                        GORDON & REES, LLP

                     By:   *Vincent M. Avery*
                             Vincent M. Avery  (VA 9102)
                             Attorney for Defendants Singh
                             90 Broad Street, 23rd Floor
                             New York, New York 10004
                             (212) 269-5500