UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

URMILA LAMA,

                        Plaintiff,

vs.                                                   **AFFIRMATION OF SERVICE**

JOGINDER ("SHAMMI") MALIK, NEERU MALIK,
KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,

                        Defendants.

----------------------------------------------------------------X

       I Joann Brown declare under penalty of perjury that I have served a copy of the attached NOTICE OF THE SINGH DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) and DECLARATION OF DIANE KREBS by electronic mail and by first class mail by placing true copies of the same in a securely sealed envelope, in an official depository under the exclusive care and custody of the United States Post Office, upon:

Lori Martin, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Andrew G. Sokol, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Larkin Reynolds, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Amy Tai, Esq.
Urban Justice Center
123 William Street 16th Fl.
New York, New York 10038

Jonathan Meyers, Esq.
Meyers Fried Grodin, LLP
Empire State Building
350 5th Avenue, 59th Floor
New York, NY 10118

Chavi Nana, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Sanhita Sen, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Dated: October 9, 2013
       New York, New York

                                                                    JoAnn Brown
                                                                    Gordon & Rees, LLP
                                                                    90 Broad Street, 23rd Fl.