Jonathan Meyers, Esq.
**MEYERS FRIED-GRODIN, LLP**
Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10018
(646) 596-1292
JMeyers@MfgLegal.com
Attorneys for Defendants Joginder Malik and Neeru Malik

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---

URMILA LAMA,

                Plaintiff,

      vs.

JOGINDER ("SHAMMI") MALIK, NEERU
MALIK, KAMALJIT ("MINU") SINGH, and
HARSIMRAN SINGH,

           Defendants.

Case No. 13-civ-2846 (LDW)(ARL)

**NOTICE OF THE MALIK
DEFENDANTS' MOTION TO
PARTIALLY DISMISS PLAINTIFF'S
COMPLAINT PURSUANT TO
RULE 12(b)(6)**

---

**PLEASE TAKE NOTICE** that Defendants Joginder "Shammi" Malik and Neeru Malik

(together "Defendants"), on notice to the attorneys for Plaintiff Urmila Lama ("Plaintiff"), will

move this Court (before United States District Court Leonard D. Wexler, United States District

Court, Eastern District of New York, Long Island Courthouse, 944 Federal Plaza, Central Islip, NY

11722), returnable on November 9, 2013, for an Order partially dismissing Plaintiff's Complaint

pursuant to Fed. R. Civ. P. 12(b)(6).

      Plaintiff shall rely on the contemporaneously-filed Memorandum of Law, and

Declaration of Plaintiff's counsel, with exhibits.  A proposed form of Order is enclosed.

MEYERS FRIED-GRODIN, LLP

Dated:  October 9, 2013                    By:  _____
                                                Jonathan Meyers, Esq.