## DECLARATION OF SERVICE

I am over the age of 18 and not a party to this action. On this date, I served a true copy of the following:

1. A copy of the Notice of the Malik Defendants' Motion to Partially Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), Memorandum of Law, Declaration of Counsel, with exhibits, and Proposed Form of Order, were sent for service on this date *via U.S. Mail and E-mail* to the Plaintiff and Singh Defendants, at the last known addresses of their counsel, as follows:

Lori Martin, Esq.
lori.martin@wilmerhale.com
Larkin Reynolds, Esq.
larkin.reynolds@wilmerhale.com
Chavi Keeney Nana, Esq.
Chavi.Nana@wilmerhale.com
Andrew Sokol, Esq.
Andrew.Sokol@wilmerhale.com
Isley Markman, Esq.
isley.markman@wilmerhale.com
Sen Sanhita, Esq.
Sanhita.Sen@wilmerhale.com
Wilmer Hale
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Amy Tai, Esq.
ATai@urbanjustice.org
Urban Justice Center
123 William Street 16th Floor
New York, NY, 10038


Diane Krebs, Esq.
dkrebs@gordonrees.com
Kuuku Minnah-Donkoh, Esq.
kminnahdonkoh@gordonrees.com
Vincent Avery, Esq.

- 1 -

vavery@gordonrees.com
Gordon & Rees, LLP
90 Broad Street, 23rd Floor
New York, NY  10004

      2.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2013            JONATHAN MEYERS

- 3 -

Case 2:13-cv-02846-LDW-ARL   Document 42-2   Filed 11/12/13   Page 3 of 3 PageID #: 266