Jonathan Meyers, Esq.
**MEYERS FRIED-GRODIN, LLP**
Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10018
(646) 596-1292
JMeyers@MfgLegal.com
Attorneys for Defendants Joginder Malik and Neeru Malik

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

---

URMILA LAMA,

                Plaintiff,

      vs.

JOGINDER ("SHAMMI") MALIK, NEERU
MALIK, KAMALJIT ("MINU") SINGH, and
HARSIMRAN SINGH,

                Defendants.

Case No. 13-civ-2846 (LDW)(ARL)

**ORDER**

---

THIS MATTER having been opened to the Court on the motion of Defendants Joginder "Shammi" Malik and Neeru Malik (together "Defendants"), by and through their attorneys, Meyers Fried-Grodin, LLP; and the Court having considered the moving papers and opposition papers (if any), and good cause having been shown;

IT IS, on this ___ day of _____, 2013, ORDERED that

1.     The Malik Defendants' Motion to Partially Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), is hereby granted; and

2.     Plaintiff's claim under Fair Labor Standard Act (Fourth Count of the Amended Complaint) is dismissed in its entirety as against both Defendants, with prejudice;

3.      Plaintiff's claims under the New York Labor Law and for unjust enrichment (Fifth, Sixth, Seventh, Eighth, and Eleventh Counts of the Amended Complaint) that accrued before May 14, 2007, are dismissed in their entirety as against both Defendants, with prejudice;

4.      Plaintiff's claim for conversion (Ninth Count of the Amended Complaint) is dismissed in its entirety as against both Defendants, with prejudice;

5.      Plaintiff's claim for fraud (Tenth Count of the Amended Complaint) is dismissed in its entirety as against both Defendants, with prejudice;

6.      Plaintiff's claims to set aside Mr. Malik's bankruptcy protections (Twelfth and Thirteenth Count of the Amended Complaint) are dismissed in their entirety as against Mr. Malik, with prejudice;

7.      Plaintiff's Complaint and Amended Complaint are dismissed, as against Defendant Joginder "Shammi" Malik ("Mr. Malik") in their entirety, with prejudice;

_____
HON.

- 3 -