Jonathan Meyers, Esq.
**MEYERS FRIED-GRODIN, LLP**
Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10018
(646) 596-1292
JMeyers@MfgLegal.com
Attorneys for Defendants Joginder Malik and Neeru Malik

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| URMILA LAMA,<br><br>       Plaintiff,<br><br>  vs.<br><br>JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,<br><br>       Defendants. | Case No. 13-civ-2846 (LDW)(ARL)<br><br>**DECLARATION OF JONATHAN MEYERS, ESQ. SUPPORTING THE MALIK DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)** |

I, Jonathan Meyers, Esq., declare:

1.       I am an attorney at law, admitted to practice law in the State of New York, and in the United States District Court for the Eastern District of New York.  I am over the age of 18 and not a party to this action.  I am a partner with the law firm of Meyers Fried-Grodin, LLP, attorneys of record for Defendants Joginder "Shammi" Malik and Neeru Malik (together "Defendants").  I make this declaration in support of Defendants' Motion to Partially Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6).

2.       Plaintiff initial filed a Complaint dated May 14, 2013.  A copy is attached hereto as Exhibit A.

- 1 -

- 2 -

3.	Plaintiff subsequently amended her Complaint.  Attached hereto as Exhibit B is a copy of Plaintiff's Amended Complaint, dated September 25, 2013, which is the most recent Complaint filed by Plaintiff.

4.	I declare under penalty of perjury that the foregoing is true and correct.

_____
Dated: October 9, 2013				JONATHAN MEYERS

- 3 -