UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

URMILA LAMA,

        *Plaintiff*,

- against -

JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,

        *Defendants*.

Case No. 13-cv-02846-LDW-ARL

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeremy S. Winer of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Plaintiff Urmila Lama in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: December 3, 2013    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                        By:/s/ Jeremy S. Winer
                                          Jeremy S. Winer
                                          7 World Trade Center
                                          250 Greenwich Street
                                          New York, NY 10007
                                          Tel.: (212) 230-8877
                                          Fax: (212) 230-8888
                                          Email: jeremy.winer@wilmerhale.com

                                          *Counsel for Plaintiff Urmila Lama*