**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| URMILA LAMA,<br><br>                *Plaintiff*,<br><br>- against -<br><br>JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,<br><br>                *Defendants*. | Case No. 13-cv-02846-LDW-ARL<br><br>**NOTICE OF CHANGE OF FIRM** |

PLEASE TAKE NOTICE that Jeremy S. Winer is no longer with the firm Cravath, Swaine & Moore LLP. Jeremy S. Winer is employed with Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007. The facsimile and telephone numbers listed on the docket are correct.

Dated:   December 5, 2013       WILMER CUTLER PICKERING
                                              HALE AND DORR LLP

                                              By:/s/ Jeremy S. Winer
                                                Jeremy S. Winer
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY 10007
                                                Tel.: (212) 230-8877
                                                Fax: (212) 230-8888
                                                Email: jeremy.winer@wilmerhale.com

                                                *Counsel for Plaintiff Urmila Lama*