# CIVIL CAUSE FOR PRE MOTION CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** December 5, 2013
**TIME:** 10:35 to 10:50 (15 Mins.)

**DOCKET:** 13-CV-2846 (LDW)(ARL)
**TITLE:** Lama v. Malik, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Andrew G. Sokol, Esq.**
  - **Jeremy S. Winer, Esq.**

- Defendant(s) represented by:
  - **Jonathan Meyers, Esq.**
  - **Diane Kerbs, Esq.**

- Courtroom Deputy:   Eric L. Russo
------------------------------------------------------------------

✓ In camera conference held.

✓ Counsel present for both sides.

✓ Attorney Kuuku Angate Minnah-Donkoh no longer representing the Defendants.

✓ Parties agree to briefing schedule regarding Plaintiff's Motion for Emergency Relief. See additional ORDER dated 12/5/2013 for filing deadlines.

✓ Proceedings concluded.