# WILMERHALE

**Jeremy S. Winer**

+1 212 230 8877 (t)
+1 212 230 8888 (f)
jeremy.winer@wilmerhale.com

December 10, 2013

**By Federal Express and ECF**

Honorable Leonard D. Wexler
United States District Court for the
  Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re: *Lama v. Malik, et al.*, No. 2:13-cv-02846

Dear Judge Wexler:

This firm represents Plaintiff Urmila Lama in the above-mentioned matter. On October 30, 2013, we requested a pre-motion conference in anticipation of seeking the Court's intervention to halt improper threats made by Defendants' relatives against Plaintiff's family in an apparent effort to secure the withdrawal of this action. Last Thursday, the parties appeared for the pre-motion conference, and the Court set a briefing schedule for the proposed motion (Dkt. No. 52).

Because there have been no further instances of harassment or intimidation since the filing of Plaintiff's letters, and in order to preserve the Court's and parties' resources, Plaintiff has decided not to file the proposed motion.

Respectfully submitted,

Jeremy S. Winer

cc: Counsel of Record

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington