UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
URMILA LAMA,

                       Plaintiff,                               **ORDER**
                                                                            CV 13-2846 (LDW)(ARL)

     -against-

JOGINDER SHAMMI MALIK, et al.,

                      Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's request for a protective order barring the defendants from obtaining (1) unredacted copies of two letters to the New York State Department of Labor; (2) copies of pages from her passport relating to travel after she left the defendants' employ; and (3) copies of her tax returns. The Singh and Malik defendants oppose the motion.[1]

      The plaintiff is directed to provide the court with copies of the unredacted letters she submitted to the Department of Labor and her passport for *in camera* review by January 17, 2014. With respect to her tax returns, the defendants have not demonstrated a compelling need for the returns at this time. *See Vazquez v. Ranieri Cheese Corp.,* 2013 U.S. Dist. LEXIS 2989 * 3 (E.D.N.Y. Jan. 8, 2013). The Malik defendants claim that returns will show whether the plaintiff had the wherewithal to assert her legal rights prior to May 2013, the date she filed the instant complaint. The court agrees that at this juncture their may be less intrusive ways to obtain this discovery.

Dated: Central Islip, New York                    **SO ORDERED:**
        January 10, 2014

                                                                       _____/s/_____
                                                                       ARLENE ROSARIO LINDSAY
                                                                       United States Magistrate Judge

---

[1] The Singh defendants did not seek the plaintiff's tax returns, and thus, did not oppose that aspect of the motion.