UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| URMILA LAMA,<br><br>*Plaintiff*,<br><br>- against -<br><br>JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH,<br><br>*Defendants*. | Case No. 13-cv-02846-LDW-ARL<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sanhita Sen of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Plaintiff Urmila Lama in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: February 7, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Sanhita Sen
   Sanhita Sen
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Tel.: (212) 230-8877
   Fax: (212) 230-8888
   Email: jeremy.winer@wilmerhale.com

*Counsel for Plaintiff Urmila Lama*