**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

URMILA LAMA,

           *Plaintiff*,

- against -

JOGINDER ("SHAMMI") MALIK,
NEERU MALIK, KAMALJIT ("MINU")
SINGH, and HARSIMRAN SINGH,

           *Defendants*.

Case No. 13-cv-02846-LDW-ARL

## CERTIFICATE OF SERVICE

      I, Jeremy S. Winer, hereby certify that on February 27, 2014, I served true and correct copies of Plaintiff's February 25, 2014 letter to the Court requesting permission to take an 11th deposition [Dkt. No. 61] and Plaintiff's February 27, 2014 letter to the Court in opposition to the Malik defendants' motion for a protective order [Dkt. No. 63] , along with exhibits, via email and hand delivery to:

Parkash C. Sharma, Esq.
P. Sharma & Associates, PLLC
38 West 32nd Street, Suite # 1511
New York, NY 10001
Email: psharma_associates@yahoo.com

Dated:  February 27, 2014    WILMER CUTLER PICKERING
                                         HALE AND DORR LLP

                                         By:/s/ Jeremy S. Winer
                                            Jeremy S. Winer
                                            7 World Trade Center
                                            250 Greenwich Street
                                            New York, NY 10007
                                            Tel.: (212) 230-8800
                                            Fax: (212) 230-8888

                                            *Counsel for Plaintiff Urmila Lama*