Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2014 ★
LONG ISLAND OFFICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Urmila Lama,
            Plaintiffs,

            ECF Case

    -against-            13-CV-02846 (LDW)(ARL)

Joginder Malik, et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL AGAINST THE SINGH DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff and Defendants Harsimran Singh and Kamaljit Singh (a.k.a. Meenu Singh) (together, "the Singh Defendants") in the above-captioned action that Plaintiff's claims against the Singh Defendants be dismissed with prejudice and without costs pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This stipulation shall not affect Plaintiff's claims against Defendants Joginder Malik (a.k.a. Shammi Malik) and Neeru Malik in the above-captioned action.

SO STIPULATED AND AGREED.

Dated: September 12, 2014

By: _____
Lori A. Martin
WILMERHALE LLP
7 World Trade Center
New York, New York 10007
(212) 295-6412

Amy Tai
URBAN JUSTICE CENTER
123 William Street
New York, New York 10038
(646) 459-3026

*Counsel for Plaintiff*

By: _____
Diane Krebs
GORDON & REES LLP
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500

*Counsel for the Singh Defendants*

**SO ORDERED.**

Dated: New York, New York
    10 / 28 , 2014

_____
Honorable Leonard D. Wexler