UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| URMILA LAMA, <br><br> *Plaintiff*, <br><br> - against - <br><br> JOGINDER ("SHAMMI") MALIK, NEERU MALIK, KAMALJIT ("MINU") SINGH, and HARSIMRAN SINGH, <br><br> *Defendants*. | Case No. 13-cv-02846-LDW-ARL |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David A. Colodny of the Urban Justice Center, with offices located at 123 William Street, 16th Floor, New York, NY 10038, hereby appears on behalf of Plaintiff Urmila Lama in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated:  August 10, 2015
New York, NY

                                                             Respectfully Submitted,

                                                             <u>/s/ David A. Colodny</u>
                                                             David A. Colodny (DC-4234)
                                                             dcolodny@urbanjustice.org
                                                             URBAN JUSTICE CENTER
                                                             123 William Street, 16th Floor
                                                             New York, New York 10038
                                                             (646) 459-3006 (phone)
                                                             (212) 533-4598 (fax)